DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARY ELLEN SHEA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0409
_____

June 5, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the County Court for
Pinellas County; Kathleen Hessinger, Judge.

Mary Ellen Shea, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.